*Vandyke* and *Bayard* for plaintiff. *Read* and *Rodney* for defendant.

## STATE v. HILL et al.

Court of Quarter Sessions. Sussex. April 26, 1799.

*Bayard's Notebook, 246.**

Upon argument the Court held that the Attorney General was entitled to separate costs against each defendant.

*Bayard* for State. *Wilson* for defendants.